**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Char-Anne Lyon aka CharAnne Lyon           CHAPTER 7
                    Debtor(s)

                                                  BKY. NO. 20-11790 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/Rebecca A. Solarz
                                    Rebecca Solarz
                                    14 Aug 2020, 16:03:33, EDT

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322