*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Char–Anne Lyon
    Debtor(s)

Case No: 20–11790–elf

Chapter: 7

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why
this case should not be dismissed for failure to pay the final installment in the amount of $80.00
will be held before the Honorable Eric L. Frank , United States Bankruptcy Court

    on: 9/9/20

    at: 10:00 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: August 26, 2020

22
Form 175