United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-11790-elf
Char-Anne Lyon                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: admin              Page 1 of 2              Date Rcvd: Sep 11, 2020
                                Form ID: 318             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.
```
db          +Char-Anne Lyon,    517 W. Lafayette Street,    Norristown, PA 19401-4505
14488186    +Cbna,   Attn: Centralized Bankruptcy,    PO Box 790034,    St Louis, MO 63179-0034
14488187    +Citi/L.L. Bean,    Attn: Bankruptcy,    PO Box 6742,    Sioux Falls, SD 57117-6742
14488188    +Discover Bank,    C/O Weltman, Weinberg & Reis, Co, LPA,
              170 S. Independence Mail W, Suite 874W,    Philadelphia, PA 19106-3334
14488190     Eagleville Hospital,    100 Eagleville ROad,    Eagleville, PA 19403-1800
14488191    +HCFS, INC.,    2701 Dekalb Pike,    Norristown, PA 19401-1820
14488192    +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14488193    +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    PO Box 26648,
              Oklahoma City, OK 73126-0648
14488194     ONCOAS11,    PO Box 1280,    Oaks, PA 19456-1280
14488195     Plymoth Community Ambulance,    902 Germantown Pike,    Plymouth Meeting, PA 19462-7400
14488198    +Scott J. Best, Esq    Weltman, Weinberg & Reis, Co, LPA,
              170 S. Independence Mail W, Suite 874W,    Philadelphia, PA 19106-3334
14488199     Suburban Community Hospital,    PO Box 536605,    Pittsburgh, PA 15253-5908
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           EDI: BTPDERSHAW.COM Sep 12 2020 08:28:00      TERRY P. DERSHAW,    Dershaw Law Offices,
              P.O. Box 556,    Warminster, PA  18974-0632
smg          E-mail/Text: megan.harper@phila.gov Sep 12 2020 04:51:42      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2020 04:51:09
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2020 04:51:33      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14488184    +EDI: AMEREXPR.COM Sep 12 2020 08:28:00      Amex,   Correspondence/Bankruptcy,    PO Box 981540,
              El Paso, TX 79998-1540
14488197     E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 12 2020 04:50:45      RBS Citizens Cc,
              1 Citizens Dr.,    MS: ROP 15B,    Riverside, RI 02915
14488185    +EDI: CAPITALONE.COM Sep 12 2020 08:28:00      Capital One,    Attn: Bankruptcy,    PO Box 30285,
              Salt Lake City, UT 84130-0285
14488189    +EDI: DISCOVER.COM Sep 12 2020 08:28:00      Discover Financial,    Attn: Bankruptcy,
              PO Box 3025,    New Albany, OH 43054-3025
14488196     E-mail/Text: legal@pims-inc.com Sep 12 2020 04:51:31      Princeton Pathology Services, PLLC,
              5755 Hoover Blvd,    Tampa, FL 33634-5340
14488200    +EDI: RMSC.COM Sep 12 2020 08:28:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
              PO Box 965060,    Orlando, FL 32896-5060
14488201    +EDI: RMSC.COM Sep 12 2020 08:28:00      Synchrony Bank/Gap,    Attn: Bankruptcy Dept,
              PO Box 965060,    Orlando, FL 32896-5060
14488202    +EDI: WTRRNBANK.COM Sep 12 2020 08:28:00      Target,    c/o Financial & Retail Srvs,
              Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
                                                                                              TOTAL: 12
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2            User: admin                 Page 2 of 2                  Date Rcvd: Sep 11, 2020
                                Form ID: 318                Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:

```
              BRANDON J PERLOFF    on behalf of Debtor Char-Anne  Lyon bperloff@perlofflaw.com,
               kmecf1429@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com, PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Char−Anne Lyon** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−4155** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **20−11790−elf**

---

# Order of Discharge                                                                                                     12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Char−Anne Lyon
   aka CharAnne Lyon

   9/10/20                                                                       **By the court:**   Eric L. Frank
                                                                                                United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**