## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Char-Anne Lyon aka CharAnne Lyon | CHAPTER 7 |
| Debtor(s) | |
| MIDFIRST BANK | |
| Movant | NO. 20-11790 ELF |
| vs. | |
| Char-Anne Lyon aka CharAnne Lyon | |
| Debtor(s) | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq. | |
| Trustee | |

## ORDER

AND NOW, this 7th day of October, 2020 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay under 11 U.S.C. Section 362 is **MODIFIED** with respect to the subject premises located at 517 West Lafayette Street , Norristown, PA 19401 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**